**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  **Raymond T. Pogorzelski** | ) | Chapter 13 |
|           Debtor | ) | |
| | ) | No. 19-16623-ELF |
| | ) | |
| | ) | |

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                                             **/s/David M. Offen**
                                                             David M. Offen
                                                             Attorney for Debtor(s)

**Date:2/21/20**