IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Raymond T Pogorzelski<br>  Debtor | : | No. 19-16623-ELF |

**<u>PRAECIPE TO WITHDRAW</u>**

Pursuant to the above-captioned matter, kindly withdraw the Objection to Claim #4 filed on January 21, 2020.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated:  March 4, 2020