**UNITED STATES BANKRUPTCY COURT**

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILADELPHIA DIVISON

In the Matter of:　　　　　　　　　　　　Case No. 19-16623

Raymond T Pogorzelski

**NOTICE OF CHANGE OF ADDRESS**
**CHECK ONLY ONE**

[ ]　**Debtor's Change of Address**

[✓]　**Creditor's Change of Address**

NAME:　　　　　　　　　　　Atlas Acquisitions LLC

OLD MAILING ADDRESS:　　　294 Union St.

　　　　　　　　　　　　　　Hackensack, NJ 07601

NEW MAILING ADDRESS:　　　492C Cedar Lane, Ste 442

　　　　　　　　　　　　　　Teaneck, NJ 07666

Dated: October 19, 2020　　　/s/Avi Schild
　　　　　　　　　　　　　　Signature

REQUESTOR'S NAME:　　　　Avi Schild

ADDRESS:　　　　　　　　　492C Cedar Lane, Ste 442

　　　　　　　　　　　　　　Teaneck, NJ 07666

TELEPHONE NO.:　　　　　　888.762.9889

　　　　　　　　　　　　　　bk@atlasacq.com