United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-16623-elf
Raymond T Pogorzelski                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                   Page 1 of 3
Date Rcvd: Feb 10, 2023                      Form ID: 138OBJ                          Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond T Pogorzelski, 2304 Brownsville Road, Trlr P9, Langhorne, PA 19053-2460 |
| 14446202 | + | Centier Bank, c/o Triad Financial Services, 13901 Sutton Park Dr. S., Suite 300, Jacksonville, FL 32224-0230 |
| 14409548 | + | Centier Bank, Attn:Collections, 600 E 84th Ave, Merrillville, IN 46410-6366 |
| 14409551 | + | Clarity Finance, PO Box 8, Princeton, ME 04668-0008 |
| 14409555 | | Eagle One Fcu, Po Box 13160, Philadelphia, PA 19101 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 11 2023 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2023 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14443642 | | Email/Text: bnc@atlasacq.com | Feb 11 2023 00:25:00 | Atlas Acquisitions LLC, Attn: Avi Schild, 294 Union St., Hackensack, NJ 07601 |
| 14445092 | | Email/Text: bnc@atlasacq.com | Feb 11 2023 00:25:00 | Atlas Acquisitions LLC, c/o Avi Schild, 492C Cedar Lane, Suite 442, Teaneck, NJ 07666 |
| 14409544 | + | Email/Text: bk@avant.com | Feb 11 2023 00:25:00 | Avant / Webbank, Attn: Bankruptcy, 222 N Lasalle St, Ste 1700, Chicago, IL 60601-1101 |
| 14409545 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2023 00:25:39 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14433983 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 11 2023 00:25:40 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14433984 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 11 2023 00:25:46 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14435015 | | Email/PDF: bncnotices@becket-lee.com | Feb 11 2023 00:37:09 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14451019 | ^ | MEBN | Feb 11 2023 00:20:45 | Centier Bank c/o Triad Financial Services, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14409550 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2023 00:25:35 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14444143 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2023 00:25:47 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14409552 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 11 2023 00:25:35 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |

Case 19-16623-elf   Doc 38   Filed 02/12/23   Entered 02/13/23 00:31:16   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: 138OBJ | Total Noticed: 39 |

| Recipient ID | | Notice Method | Date/Time | Recipient Address |
|---|---|---|---|---|
| 14409554 | | Email/Text: mrdiscen@discover.com | Feb 11 2023 00:25:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14420236 | | Email/Text: mrdiscen@discover.com | Feb 11 2023 00:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14409556 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 11 2023 00:25:00 | Genesis Bankcard Services, Attn: Bankruptcy Department, Po Box 4477, Beaverton, OR 97076-4401 |
| 14434176 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 11 2023 00:25:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14409549 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 11 2023 00:25:39 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14421801 | + | Email/Text: RASEBN@raslg.com | Feb 11 2023 00:25:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14409557 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 11 2023 00:25:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14444186 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2023 00:25:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14436958 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 11 2023 00:25:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14409558 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 11 2023 00:25:40 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14409559 | | Email/Text: bankruptcy@moneylion.com | Feb 11 2023 00:25:00 | MoneyLion, Inc., P.O. Box 1547, Sandy, UT 84091-1547 |
| 14433856 | | Email/PDF: cbp@onemainfinancial.com | Feb 11 2023 00:25:40 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14409560 | + | Email/PDF: cbp@onemainfinancial.com | Feb 11 2023 00:25:40 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14435682 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2023 00:25:40 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14440973 | | Email/Text: bnc-quantum@quantum3group.com | Feb 11 2023 00:25:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14409561 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2023 00:25:46 | Syncb/Phillips 66, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14409562 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2023 00:25:34 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14409563 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2023 00:25:40 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14409564 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2023 00:25:34 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14445809 | + | Email/Text: bncmail@w-legal.com | Feb 11 2023 00:25:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14409565 | + | Email/Text: bncmail@w-legal.com | Feb 11 2023 00:25:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: 138OBJ | Total Noticed: 39 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14409546 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14409547 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14409553 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Centier Bank c/o Triad Financial Services bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Raymond T Pogorzelski dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Raymond T Pogorzelski
        Debtor(s)

Case No: 19−16623−elf
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/10/23

37 − 36
Form 138OBJ